**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Chang Soo Han on behalf of himself and all others similarly situated,<br><br>                         Plaintiff,<br>     v.<br><br>Madison Avenue Realties, LLC and Edward Eden,<br><br>                   Defendants, | Index No. 22-CV-382<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND COURT APPROVED NOTICE PURSUANT TO 29 U.S.A. § 216(b)** |

Please take notice that upon the accompanying Memorandum of Law, Declaration and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by him undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto.

Dated: May 4, 2022

                                   Respectfully submitted,

                                     Ryan Kim Law, P.C.

                 By:    */s/ Ryan Kim*

                                     Ryan Kim, Esq.
                                     Ryan Kim Law, P.C.
                                     222 Bruce Reynolds Blvd. Suite 490
                                     Fort Lee, NJ 07024
                                     Tel: (718) 573-1111

                                     *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*