```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CHANG SOO HAN on behalf of himself and all others                  :
similarly situated,                                                :
                                                                   :
                              Plaintiff,                           :      22-cv-382 (LJL)
                                                                   :
              -v-                                                  :         ORDER
                                                                   :
MADISON AVENUE REALTIES, LLC, EDWARD                               :
EDEN,                                                              :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has filed a motion to certify this case as a FLSA collective.  Dkt. No. 19.  On May 25, 2022, Defendants filed an opposition brief to the motion.  Dkt. No. 25.  Plaintiff has not filed a reply, and the time to do so has expired.

      It is hereby ORDERED that Plaintiff shall file any reply brief by July 6, 2022.  If Plaintiff does not file a reply brief by that date, the Court will consider the motion on the papers submitted.

      SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022