**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Chang Soo Han on behalf of himself and all other Plaintiffs similarly situated known and unknown,

        Plaintiff,

v.

MADISON AVENUE REALTIES, LLC and EDWARD EDEN

        Defendants,

Index No. 22-CV-00382

**[AMENDED PROPOSED]**

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Madison Avenue Realties, LLC (collectively, "Defendant"), having offered to allow Chang Soo Han ("Plaintiff") to take a judgment against them, in the sum of Ninety Six Thousand Five Hundred Eighty Dollars and No Cents ($96,580.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 19, 2022, and filed as Docket Number 32;

**WHEREAS**, on October 19, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 32);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Chang Soo Han, in the sum of Ninety Six Thousand Five Hundred Eighty Dollars and No Cents ($96,580.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 19, 2022, and filed as Docket Number 32.

Dated: _____, 2022
      New York, New York

                                                           By: _____
                                                               Lewis J. Liman
                                                               United States District Judge